UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KENNETH E. RAMSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-CV-65 |
| | ) | |
| CITY OF CHATTANOOGA, POLICE | ) | |
| OFFICER JOE FLETCHER #727, POLICE | ) | |
| OFFICER JOE DOE, POLICE CHIEF | ) | |
| FRED FLETCHER, and CODES OFFICER | ) | |
| ZACARY WILEY, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Christopher H. Steger on November 26, 2018 [Doc. 39]. In the R&R, Magistrate Judge Steger recommended that the Court grant defendants' motion to dismiss for failure to comply with discovery order [Doc. 28] and dismiss plaintiff's complaint with prejudice pursuant to Rule 37 of the Federal Rules of Civil Procedure. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Steger's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 39], defendants' motion

to dismiss [Doc. 28] is **GRANTED**, and plaintiff's claims against defendant are hereby **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Enter:

s/ Leon Jordan<br>United States District Judge